# IN THE SUPREME COURT OF THE STATE OF NEVADA

J.D. CALDWELL,
                  **Appellant,**

vs.

THE STATE OF NEVADA,
                  **Respondent.**

No. 72781

**FILED**

JUL 07 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court "order denying and/or dismissing the granting of the total amount of time credit owed concerning this courts ruling not to grant total amount of days owed." Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Our review of this appeal reveals jurisdictional defects. Specifically, no statute or court rule provides for an appeal from a district court order denying and/or dismissing a motion for credit for time served. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Further, review of the district court minutes and docket entries indicate that no such order was entered. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

17-22565

cc: Hon. Kathleen E. Delaney, District Judge
J.D. Caldwell
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk